K. MARK MEKHITARIAN, SBN #240212
STEVEN GERINGER, SBN#107826
5588 N. Palm Ave.
Fresno, California 93704
Telephone: (559) 439-1045
Facsimile:  (888) 592-6941

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JACOB SALCIDO, A MINOR,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE COUNTY OF MADERA, DEPUTY JEFFERY THOMAS #10321; SARGEANT PATRICK MAJESKI #8484;DEPUTY MATHEW KUTZ #11173; DEPUTY S. STRIZEL #8616; DEPUTY MARK SCHAFER #9630; DEPUTY BRIAN CUTLER#10846; DEPUTY IAN WEAVER #11404; AND DOES 1-50<br><br>          Defendants. | Case No.: 1:10-CV-00195-AWI-DLB<br><br>**Order Continuing Initial Scheduling Conference** |

**IT IS HEREBY ORDER:**

     Initial Scheduling Conference is continued to June 23, 2010 at 9:00 a.m. for Plaintiff to effectuate service on Defendants.

IT IS SO ORDERED.

     Dated:   **May 12, 2010**                                    /s/ Dennis L. Beck
                                                                                    UNITED STATES MAGISTRATE JUDGE

Salcido v. Madera County Sheriff's Department - 1