1

2

3

4

5

6                 **IN THE UNITED STATES DISTRICT COURT FOR THE**

7                         **EASTERN DISTRICT OF CALIFORNIA**

8

9    JACOB SALCIDO, a minor,              )      NO. 1:10-CV-00195 AWI DLB
                                          )
10                   Plaintiff,           )      ORDER VACATING
                                          )      JULY 19, 2010 HEARING DATE
11           v.                           )      AND TAKING MATTER
                                          )      UNDER SUBMISSION
12   THE COUNTY OF MADERA, DEPUTY         )
     JERRERY THOMAS # 10321;              )
13   SERGEANT PATRICK MAJESKI # 8484;     )
     DEPUTY MATHEW KUTZ # 11173;          )
14   DEPUTY S. STRIZEL # 8616; DEPUTY     )
     MARK SCHAFER # 9630; DEPUTY          )
15   BRIAN CUTLER # 10846; DEPUTY         )
     IAN WEAVER # 11404; and DOES         )
16   1-50,                                )
                                          )
17                   Defendants.          )
     _____)

18

19

20          Defendants' motion to dismiss has been set for hearing in this case on July 19, 2010.

21   The court has reviewed the papers and has determined that this matter is suitable for decision

22   without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the

23   previously set hearing date of July 19, 2010, is VACATED, and the parties shall not appear at

24   that time.  As of July 19, 2010, the court will take the matter under submission, and will

25   thereafter issue its decision.

26   IT IS SO ORDERED.

27   Dated:    July 13, 2010     _____
                                 CHIEF UNITED STATES DISTRICT JUDGE
28