K. MARK MEKHITARIAN, SBN #240212
STEVEN GERINGER, SBN #107826
5588 N. Palm Ave.
Fresno, California 93704
Telephone: (559) 439-1045
Facsimile: (888) 592-6941

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SALCIDO, A MINOR, ) | Case No.: 1:10-CV-00195-AWI-DLB |
| Plaintiff, ) | |
| vs. ) | **MOTION AND ORDER FOR APPPOINTMENT OF GUARDIAN AD LITEM** |
| THE COUNTY OF MADERA, DEPUTY ) | |
| JEFFERY THOMAS #10321; SARGEANT ) PATRICK MAJESKI #8484;DEPUTY MATHEW KUTZ #11173; DEPUTY S. ) STRIZEL #8616; DEPUTY MARK SCHAFER #9630; DEPUTY BRIAN ) CUTLER#10846; DEPUTY IAN WEAVER #11404; AND DOES 1-50 ) | |
| Defendants. ) | |

Petitioner states as follows:

    1.    I am a minor of the age seventeen years, fourteen when assaulted and tazed.

    2.    I am about to commence an action in this Court against Defendants for violating my Fouth Amendment Right against unlawful search and seizure, Assault, Battery and False Imprisonment.

    3.    I have no general guardian, and. There has been no previous filing for an appointment of a guardian ad litem in this case.

4. Petitioner's mother Jeanine Salcido, whose address is 220 Park Street, Madera, CA 93637, is a competent and responsible person, and fully competent to act as Petitioner's guardian ad litem.

5. Jeanine Salcido is willing to act as guardian ad litem for Petitioner, as appears by her consent attaced hereto.

WHEREFORE, Petitioner moves this Court for an order appointing Jeanine Salcido as guardian ad litem of Petitioner for the purpose of bringing suit against Defendants on the claim hereinabove stated.

Dated: August 17, 2010  ___/s/_____
K. Mark Mekhitarian,
Attorney for Petitioner

### CONSENT OF NOMINEE

I, Jeanine Salcido, the nominee of the Petitioner, consent to act as guardian ad litem for the minor regarding the above stated causes of action.

Dated: August 17, 2010  ___/s/_____
Jeanine Salcido

### ORDER

The petition for an order appointing Jeanine Salcido as guardian ad litem for Petitioner is GRANTED.

IT IS SO ORDERED.

Dated: August 20, 2010  _____
CHIEF UNITED STATES DISTRICT JUDGE

Guardian Ad Litem - 2