IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB SALCIDO, a minor by and through his guardian ad litem Jeanine Salcido,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF MADERA, DEPUTY JEFFERY THOMAS #10321, SERGEANT PATRICK MAJESKI #8484, DEPUTY MATTHEW KUTZ #11173, DEPUTY S. STRIZEL #8616, DEPUTY MARK SCHAFER #9630, DEPUTY BRIAN CUTLER #10846, DEPUTY IAN WEAVER #11404, and DOES 1-50,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:10-CV-00195  AWI DLB<br><br>ORDER VACATING FEBRUARY 7, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Currently pending before this Court is Defendants' motion to dismiss.  This motion is set for hearing on February 7, 2011, at 1:30 p.m. in Courtroom No. 2.  The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 7, 2011, is VACATED, and the parties shall not appear at that time.  As of February 7, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 2, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE