1  DENNIS M. COTA, Bar No. 127992
   CAROLYN J. FRANK, Bar No. 245479
2  JONATHAN E. MILLER, Bar No. 266507
   COTA COLE LLP
3  2261 Lava Ridge Court
   Roseville, CA  95661
4  Telephone:    (916) 780-9009
   Facsimile:     (916) 780-9050
5
   Attorneys for Defendants
6  COUNTY OF MADERA,
   DEPUTY JEFFERY THOMAS,
7  SERGEANT PATRICK MAJESKI, and
   SHERIFF JOHN ANDERSON
8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11 | JEANINE SALCIDO, guardian ad litem for | Case No. 1:10-cv-00195-AWI-DLB
   | J.S., a minor,
12 |
   |        Plaintiff,
13 |                                         | **STIPULATION AND ORDER TO**
   |        v.                               | **AMEND PLAINTIFF'S COMPLAINT**
14 |
   | THE COUNTY OF MADERA, DEPUTY
15 | JEFFERY THOMAS #10321; SARGEANT
   | PATRICK MAJESKI #8484; SHERIFF
16 | JOHN ANDERSON; AND DOES 1–10,
   | inclusive,
17 |
   |        Defendants.
18

{CF/00019960.}

STIPULATION AND ORDER
Case No. 1:10-cv-00195-AWI-DLB

Plaintiff J.S., by and through his guardian ad litem Jeanine Salcido, ("Plaintiff") and Defendants County of Madera, Jeffery Thomas, Patrick Majeski and Sheriff John Anderson (collectively "Defendants") stipulate as follows:

## RECITALS

A. On February 15, 2012, Defendants sent Plaintiff a Request for Production of Documents, and each Defendant sent Plaintiff Special Interrogatories. On March 23, Plaintiff responded to all discovery requests. The parties engaged in meet and confer efforts over the responses provided and on April 3 Plaintiff provided amended responses. The parties again engaged in meet and confer efforts over the amended responses. A discovery dispute still exists between the parties.

B. Rather than provided amended answers to the discovery requests at issue, Plaintiff has agreed to amend his complaint to drop his Third and Fourth Causes of Action. Plaintiff further warrants that all information has been provided in his amended answers to Defendants' discovery requests at issue.

C. The current operative Complaint is Plaintiff's Second Amended Complaint for Damages. This is document 33 on the Court's docket.

Therefore, the Plaintiff and Defendants stipulate as follows:

## STIPULATION

1. Defendant County of Madera is dismissed from the above-captioned action with prejudice.

2. Defendant Sheriff John Anderson is dismissed with prejudice from the above-captioned action in both his individual and official capacity.

3. Paragraphs 5, 8, 9, 10, 14, 15, 24, 27, 32, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, and 51 are stricken from the operative Complaint. In addition, paragraphs A and B are stricken from the operative Complaint. The Third Cause of Action is dismissed with prejudice in its

{CF/00019960.}

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

entirety.  The Fourth Cause of Action is dismissed with prejudice in its entirety.  Therefore, the only remaining causes of action are Plaintiff's First and Second Causes of Action.

4. The parties have further agreed that certain sentences and phrases from other paragraphs must be stricken as well.  Attached hereto as Exhibit A is a copy of a properly redacted Complaint.  All parties agree that Exhibit A to this Stipulation is the operative Complaint from the date of signing of this stipulation and that all redacted portions have been dismissed with prejudice.

5. All discovery responses provided to requests by either the County of Madera or Sheriff John Anderson may be used by the remaining defendants in this action.

6. Plaintiff withdraws all discovery requests sent to the County of Madera and Sheriff John Anderson.

7. This Stipulation may be signed in counterparts and facsimile or electronic signatures shall be treated as original signatures.

IT IS SO STIPULATED.

Dated: April 30, 2012                              COTA COLE LLP

By: /s/ Carolyn J. Frank
Dennis M. Cota
Carolyn J. Frank
Jonathan E. Miller
Attorneys for Defendants
COUNTY OF MADERA,
DEPUTY JEFFERY THOMAS,
SERGEANT PATRICK MAJESKI, and
SHERIFF JOHN ANDERSON

//

//

//

1 | Dated: April 30, 2012

By: /s/ Bruce W. Nickerson
K. Mark Mekhitarian
Bruce W. Nickerson
Attorneys for Plaintiff
J.S.

**ORDER**

IT IS SO ORDERED.

Dated: May 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE