BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, CA  94070
Tel:       (650) 594-0195
Facsimile:    (650) 596-0595

K. MARK MEKHITARIAN
5588 N. Palm Ave.
Fresno, CA  93704
Tel:    (559) 439-1045
Facsimile:    (888) 592-6941

Attorneys for Plaintiff JACOB SALCIDO, a minor

**IN THE UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANINE SALCIDO, guardian ad litem for J.S., a minor, | NO. 1:10-cv-00195-AWI-DLB |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| DEPUTY JEFFERY THOMAS #10321; SARGEANT PATRICK MAJESKI #8484; | |
| Defendants. | Trial Date:  October 30, 2012 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and pursuant to the Settlement Agreement entered into between the parties, each party to bear its own costs and attorneys' fees.

Dated: October 9, 2012

By: */s/ Bruce W. Nickerson*
    Bruce W. Nickerson
    Attorney for Plaintiff Jacob Salcido

Dated: October 10, 2012    COTA COLE LLP

By: */s/ Carolyn J. Frank*
    Dennis M. Cota
    Carolyn J. Frank
    Jonathan E. Miller
    Attorneys for Defendants
    DEPUTY JEFFREY THOMAS and
    SERGEANT PATRICK MAJESKI

**ORDER**

The parties to this action, having stipulated through their designated counsel, the above-captioned action shall be and hereby is DISMISSED, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated:   October 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE